**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6753**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HERBERT SMART, a/k/a Panama,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., District Judge. (CR-97-25)

Submitted: June 12, 2003       Decided: June 20, 2003

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Herbert Smart, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herbert Smart appeals the district court's order denying his motion to unseal three psychiatric reports.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>United States v. Smart</u>, No. CR-97-25 (E.D. Va. Apr. 22, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>